IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                    PETITIONER

VERSUS                              CIVIL ACTION NO.  5:09cv74-DCB-MTP

BARACK OBAMA, et al.                                           RESPONDENTS


**FINAL JUDGMENT**

This cause is before the court, <u>sua</u> <u>sponte</u>, for consideration
of dismissal.  Pursuant to the opinion and order issued this day,
it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant
to 28 U.S.C. § 2241 be dismissed with prejudice, that the request
for mandamus is denied and as to the conditions of confinement
claims without prejudice so that the petitioner may pursue those
claims in the proper manner.

SO ORDERED AND ADJUDGED, this the __4th__ day of August, 2009.


                    ___s/ David Bramlette___
                 UNITED STATES DISTRICT JUDGE